**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
COACTION SPECIALTY MANAGEMENT
COMPANY, INC., *et al.*,

|                        |                              |
|------------------------|------------------------------|
| Plaintiffs,            | **ORDER**                    |
| -against-              | **25-CV-7815 (VSB) (JW)**    |

EMAXX INSURANCE SERVICES,
LLC, *et al.*,

                                   Defendants.
-----------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court is in receipt of Defendants' letter motion to stay discovery at Dkt. No. 59 and Plaintiffs' response at Dkt. No. 60.  The parties are ordered to attend an in-person conference on **April 2, 2026 at 2:00 PM** for oral argument on this issue. The conference will take place in Courtroom 228, Thurgood Marshall Courthouse at 40 Foley Square, New York, NY.

Additionally, the parties should come prepared to discuss their positions on whether discovery should be bifurcated based on claims subject to Defendants' partial motion to dismiss.  The parties are also granted leave to file a letter, no more than two pages, regarding their position by **March 27, 2026**.

SO ORDERED.

DATED:     New York, New York
           March 17, 2026

_Jennifer E. Willis_
JENNIFER E. WILLIS
United States Magistrate Judge