UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------- X
                                                          :
COACTION SPECIALTY MANAGEMENT          :
COMPANY, INC., *et al.*,                                :
                                                          :
                                    Plaintiffs,       :              25-CV-7815 (VSB)
                                                          :
                    -against-                          :              **ORDER**
                                                          :
EMAXX INSURANCE SERVICES, LLC, *et al.*, :
                                                          :
                                    Defendants.     :
                                                          :
----------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

Plaintiffs' opposition to Defendants' Partial Motion to Dismiss, (Docs. 43–45), shall be due

two weeks from when security is entered.  (*See* Docs. 53, 65–67.)  Defendants' reply shall be due one

week from when Plaintiffs' Opposition is filed.


SO ORDERED.
Dated:          March 18, 2026
                  New York, New York

                                                          Vernon S. Broderick
                                                          United States District Judge