**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
COACTION SPECIALTY MANAGEMENT
COMPANY, INC., *et al.*,

                        Plaintiffs,

            -against-

EMAXX INSURANCE SERVICES,
LLC, *et al.*,

                        Defendants.
-----------------------------------------------------------------X

**ORDER**

**25-CV-7815 (VSB) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The parties appeared before the Court on April 27, 2026, regarding Defendants'

letter motion to stay discovery pending the resolution of Defendants' partial motion

to dismiss the complaint at Dkt. No. 59.  For reasons stated more fully on the record,

the Court **DENIES** Defendants' request to stay discovery.  See Dkt. No. 43.  The

parties are directed to order a transcript of the April 27th hearing and provide a

courtesy copy to the Court.

**The Clerk of Court is respectfully requested to close Dkt. No. 59.**

SO ORDERED.

DATED:    New York, New York
              April 27, 2026

*Jennifer E. Willis*
JENNIFER E. WILLIS
United States Magistrate Judge