UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| COACTION SPECIALTY MANAGEMENT COMPANY, INC., *et al.*, Plaintiffs, | : | 25-CV-7815 (VSB) |
| -against- | : | **ORDER** |
| EMAXX INSURANCE SERVICES, LLC, *et al.*, Defendants. | : | |

VERNON S. BRODERICK, United States District Judge:

On December 2, 2025, Defendants filed a partial motion to dismiss Plaintiffs' complaint, (Doc. 43), along with a memorandum of law and declaration in support, (Docs. 44–45). On December 23, 2025 I issued an Opinion & Order requiring pre-answer security under New York Insurance Law § 1213 and adjourning all deadlines relating to Defendants' motion to dismiss *sine die*. (Doc. 52.) On March 18, 2026, I issued an order that Plaintiffs' opposition to Defendants' partial motion to dismiss would be due two weeks from when security was entered and Defendants' reply would be due one week from when Plaintiffs' opposition was filed. (Doc. 69.) On June 15, 2026, Defendant PC3-13 submitted a letter indicating that it would not be able to post bond. (Doc. 85.) On July 17, 2026, the Clerk of Court issued a Certificate of Default against PC3-13, (Doc. 88), upon Plaintiffs' request, (Doc. 86), and my order, (Doc. 87).

By July 29, 2026, the parties shall submit a joint letter of no more than three pages with their respective views proposing: (1) whether Defendants' motion to dismiss should be denied as moot without prejudice to refile given the failure to post security and subsequent Certificate of Default against PC3-13; and (2) a proposed schedule for any motion to dismiss or answer.

SO ORDERED.
Dated: July 22, 2026
New York, New York

Vernon S. Broderick
United States District Judge