UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| COACTION SPECIALTY MANAGEMENT COMPANY, INC., *et al.*, Plaintiffs, | : | 25-CV-7815 (VSB) |
| -against- | : | **ORDER** |
| EMAXX INSURANCE SERVICES, LLC, *et al.*, Defendants. | : | |

VERNON S. BRODERICK, United States District Judge:

I am in receipt of Plaintiffs' motion for an Order to Show Cause to enjoin defaulting Defendant PC3's prosecution of its intervention complaint in Case No. 2:26-cv-02814 in the Central District of California, (Doc. 93), and their accompanying declaration, (Doc. 94), memorandum of law, (Doc. 95), and proposed order to show cause, (Doc. 96). PC3 shall file any opposition by August 26, 2026. Any reply from Plaintiffs will be due August 28, 2026. A telephonic hearing is hereby scheduled for September 2, 2026 at 3:00 p.m. ET. The Dial In Number is 1-855-244-8681 and the Access Code is 23093085835. There is no user ID.

Further, before August 24, 2026, Plaintiffs should file a short update on proceedings in California and whether the hearing set for that date is still calendared.

SO ORDERED.
Dated: August 19, 2026
New York, New York

Vernon Broderick

Vernon S. Broderick
United States District Judge