MOUND COTTON WOLLA

COUNSELLOR

ONE NEW Y

NEW YORK, NY

(212) 80

FAX: (212)

WWW.MOUNDC

NY

K, NJ

, NY

O, CA

LE, FL

X

GUYON H KNIGHT
PARTNER
212-804-4501
GKnight@moundcotton.com

Request GRANTED. The discovery conference scheduled for November 5, 2026 is adjourned to **November 9, 2026 at 10:30 AM.** Due to the Court's busy calendar, there is no availability during the other requested days. In the event the related California action is not canceled or postponed, the parties may notify the Court to further adjourn the conference. SO ORDERED.

JENNIFER E. WILLIS
United States Magistrate Judge
October 30, 2026

**Via ECF**

The Honorable Jennifer E. Willis
United States District Court for the
Southern District of New York
40 Foley Square, Room 228
New York, NY 10007

Re: *Coaction Specialty Mgmt. Co., Inc. et al. v. eMaxx Insurance Servs., LLC et al.*, No. 25-cv-7815 (S.D.N.Y.)

Dear Judge Willis:

I write on behalf of Plaintiffs, and jointly with Defendants, to request respectfully that the Court change the date of the discovery conference currently scheduled for November 5, 2026 (*see* Dkt. 118), to the **morning of November 4, 2026**. I am scheduled to be in Chicago taking a deposition on November 5, and thus am unable to attend the conference.

The parties are also available during the week of November 9, 2026—but that availability depends on the Court in a related California action cancelling or postponing a trial that is currently scheduled to begin on November 10, 2026. *See New York Marine & Gen. Ins. Co. v. United Towing & Transp. Inc., et al.*, No. 2:26-cv-02814, Dkt. 54 (C.D. Cal. June 30, 2026). We note that all defendants in the California action have moved to compel arbitration, and those motions remain pending. *See id.*, Dkts. 59, 60, 61, 62. Defendants have also represented that if the motions to compel arbitration are denied, they intend to file immediate interlocutory appeals. *See id.*, Dkts. 116, 117; *see also Coinbase, Inc. v. Bielski*, 599 U.S. 736, 738 (2023) ("When a federal district court denies a motion to compel arbitration, the losing party has a statutory right to an interlocutory appeal. … The district court must stay its proceedings" while that appeal is pending).

Respectfully submitted,

*/s/ Guyon Knight*

Guyon H. Knight