UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COACTION SPECIALTY MANAGEMENT COMPANY, INC., *et al.*,

Plaintiffs,

-against-

EMAXX INSURANCE SERVICES, LLC, *et al.*,

Defendants.

**ORDER**

**25-CV-07815 (VSB) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge.**

The parties appeared for a discovery conference on November 9, 2026 to discuss disputes outlined in Dkt. Nos. 116 and 117. For reasons discussed more fully on the record, the Court orders the following:

- Defendants' request to compel responses to RFP No. 71 is **GRANTED**.
- Defendants' request to compel responses to RFPs No. 72–77 is **HELD IN ABEYANCE**.
- Plaintiffs' request to quash Defendants' third-party subpoena to Gallagher Basset Services, Inc. is **DENIED**.
- Plaintiffs' request to quash Defendants' third-party subpoenas to Guy Carpenter & Company, LLC and Tangram Insurance Services is **HELD IN ABEYANCE**.
- The parties are directed to order a copy of the transcript and provide a courtesy copy to the Court via email.

SO ORDERED.

Dated: New York, New York
November 9, 2026

Jennifer E. Willis

JENNIFER E. WILLIS
United States Magistrate Judge