UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COACTION SPECIALTY MANAGEMENT COMPANY, INC., NEW YORK MARINE AND GENERAL INSURANCE COMPANY, GOTHAM INSURANCE COMPANY, and SOUTHWEST MARINE AND GENERAL INSURANCE COMPANY,

Plaintiffs,

v.

EMAXX INSURANCE SERVICES, LLC, ECAPTIV PC3-IC, INC., TIMOTHY KOLOJAY, AMY LUSSIER, MEGAN MCCARTHY, and JOHN FERRANTE,

Defendants.

No.: 25-cv-7815

(Broderick, J.)

**ESI STIPULATION AND ~~[PROPOSED]~~ ORDER**

The undersigned counsel for the parties hereby stipulate and agree as follows:

Documents produced by the parties in response to discovery demands shall be produced in the following format:

**1. General**

Each party will use a single production prefix unique to that entity. Production prefixes must not use any spaces or any punctuation marks. Production prefixes should be no longer than six characters. Production prefixes should end with an underscore ("_"), separating the prefix from the Bates number. Productions should contain sequential Bates numbers with no gaps. There should be no gaps in Bates numbers between productions.

**2. Electronic Production of Paper Documents**

(a) Paper documents should not be scanned in color unless the color content of an individual document is relevant to the case. If a document is produced in black and white, and the receiving party believes the color content of a document is

relevant to the case, the parties will meet and confer regarding production of the document in color. Color pictures shall be produced in color.

(b) **Production of Oversized/Other Documents:** To the extent that oversized or other documents cannot reasonably be electronically imaged, a hard copy shall be made available for inspection.

(c) **Production of Photographic/Audio/Video Files:** With respect to color documents, the producing party will provide the images in color format. Photographs shall be produced in JPG format where reasonably practicable. Audio and Video files shall be produced in native format and named to correspond to their production BegBates number. A placeholder TIFF image shall be provided for audio or video files produced natively with the following information: BegBates and the wording "Comments: Please refer to the Native File to View this Document" (or equivalent). A party may request, when it is technically feasible and cost-efficient, that photographs and video and audio recordings that are not already in a digital format should be digitized into an industry standard format if and when they are duplicated. The party that requests such digitization of any photographs or video or audio recordings into any particular format will bear all costs associated with any such conversion.

**3. Electronic Documents**

**(a) Document Types**

This Stipulation applies to the following types of electronically stored information:

(i) **Email:** Messages created using Microsoft Exchange, Outlook, Outlook Express, Lotus Notes, Groupwise, or other electronic mail system. Examples of file extension related to email include: PST, MSG, EML,

EDB and NSF. **Email Attachments:** Files sent as part of an email message unit. There are numerous file extensions possible for email attachments, but common extensions include DOC, XLS, PDF, PPT, JPG, BMP, WPD. Parent-child relationships (the association between emails and attachments), to the extent that they exist and are available in the native email files, will be preserved (provided, however, that the parties may withhold from production documents in the relationship that are privileged or other documents for which there is valid basis to withhold). If after reasonable efforts to obtain Email files in native format, a party is unable to do so, it shall not be considered a breach of this Stipulation. Emails, regardless of original format, will be produced according to the applicable production protocols.

(ii) **E-Docs:** Files found on storage devices such as computer hard drives, portable hard drives, portable flash memory devices ("thumb drives"), CDs, DVDs, shared servers and document management systems.

**(b) Metadata Load File**

In accordance with how electronically stored information is kept in the ordinary course of business, a delimited load file containing the following extracted metadata from the native files should be included with each production. No party has any obligation to create metadata that does not already exist in a native file, except that the parties should manually populate the following fields if they cannot be extracted from the document: (1) BegDoc#, (2) EndDoc#, (3) BegAttach, (4) EndAttach, (5) Custodian, and (6) Record Type (which may be populated by the party or the party's vendor). With the exception of the preceding six metadata fields, the parties are only obligated to provide metadata that is reasonably accessible, in accordance with the

instant Stipulation. The parties recognize that certain metadata fields may be affected by the collection of electronically stored information for production. The file must use standard Concordance delimiters and be in Concordance data file format (DAT). Concordance DAT file with field header information added as the first line of the file, including the metadata fields specified below. The DAT file must be in numerical order.

The "Descriptions" set forth below do not create any obligation to produce metadata or any other type of discovery. The "Descriptions" do not reflect any agreement between the parties, or a determination by the Court, as to the meaning, scope, or contents of any metadata filed or fields, or any item of metadata. The same load file format should be used for all types of documents, regardless of whether or not all fields are populated (for example, e-docs will not contain "to/from" metadata as would an email message, so that field may be left blank but should nevertheless be included):

| Field # | Field Name | Description |
|---|---|---|
| 1. | BegDoc# | First Bates number assigned to the document. This will be the field to which the TIFF images will be linked. |
| 2. | EndDoc# | Last Bates number assigned to the document. |
| 3. | BegAttach | First Bates number assigned to the email message unit. |
| 4. | EndAttach | Last Bates number assigned to the email message unit. |
| 5. | Filename | Original filename of native file. |
| 6. | Native_File | Fully qualified original path including filename. This will be the field to which the native file will be linked. |
| 7. | Subject | Subject field value extracted from the metadata of the native file. |
| 8. | Title | Title field value extracted from the metadata of the native file. |
| 9. | Comments | Comments field value pulled from the metadata of the native file. |
| 10. | Filesize | Size of native file, in bytes. |
| 11. | To | Main recipient(s) of the email message. |
| 12. | From | Sender of the email message. |
| 13. | CC | Recipient(s) of "Carbon Copies" of the email message. |

| Field # | Field Name | Description |
|---|---|---|
| 14. | BCC | Recipient(s) of “Blind Carbon Copies” of the email message. |
| 15. | EMail_Subject | Subject of the email message. |
| 16. | DateSent | Sent date of an email message. |
| 17. | TimeSent | Time the email message was sent. |
| 18. | DateRcvd | Received date of an email message. |
| 19. | TimeRcvd | Time the email message was received. |
| 20. | DocExt | File extension of native file. May show original extension or suggested extension, depending on state of “auto-assign ext.” option in EDLoader. |
| 21. | Record Type | Description of record type |
| 22. | IntMsgID | Internet Message ID assigned to an email message by the outgoing mail server. |
| 23. | MD5Hash | Unique identifier, similar to a “fingerprint”. Uses 128-bit encryption. May be used for de-duping purposes. |
| 24. | NumPages | Number of pages in a document (image records). |
| 25. | Custodian | Name of the owner or custodian of the document. |
| 26. | All Custodians | Additional custodians who possessed duplicate copy of email or application file |
| 27. | Text | Extracted text from email and e-doc files. |

**Concordance Standard Delimiters:**

Comma = (020)
Quote = (254)
New Line = (174)

(Hard return only for each new record)

**(c) Image Load File**

Images shall be accompanied by a load file in either IPRO (.LFP file) or Opticon (.OPT file) format. Fields in the Opticon or IPRO file will consist of the Bates number without the file extension, volume, path, document breaks and page counts (beginning and ending production numbers). Standard IPRO/Opticon folder structures will be used. Images for individual documents must be contained in a single document-level folder and may not span multiple image

subfolders. All productions shall be delivered in a standard delimited Concordance .DAT file which includes BegAttach and EndAttach fields. OCR/Extracted text shall be provided in document-level text files, in a separate folder from the document images, with text files matching their corresponding production Bates number. Any Confidential material (as per the Stipulation and Protective Order) shall be marked "CONFIDENTIAL" at the bottom left side of the page.

**(d) Duplicate ESI**

Where practicable, each Party shall endeavor to remove duplicate ESI, including without limitation, electronic mail, to reduce unnecessary cost of reviewing and producing duplicative ESI. As applicable, duplicates shall be removed from all ESI productions in a manner that does not break up document families – in other words, emails shall be treated as duplicates only if they are identical both in their bodies and in all their attachments, and an email attachment shall not be treated as a duplicate merely because an identical copy of the document exists as a separate file. ESI duplicates shall be identified by calculating an MD5, SHA-1 or SHA-256 hash value using an industry standard combination of metadata and extracted text information for each file and then comparing the resulting hash values for exact matches only.

**4. TIFF Format**

(a) Parties shall provide single-page Group IV TIFF images at 300 x 300 dpi resolution with logical unitization (document level breaks). If a photograph is in color, the image produced shall also be in color, in a JPG format.

(b) Excel and Lotus 123 or other spreadsheet files, PowerPoint files and digital audio and video files shall be produced natively with a placeholder TIFF image that contains the stamped production Bates number, contains the message "File Produced Natively," and a CONFIDENTIAL stamp, if applicable. The native file names shall be renamed to correspond with their production Bates number. In the

event that the producing party redacts text or information from PowerPoint files, the file shall be produced in TIFF format with redactions and the native version will not be produced. For Excel files and other spreadsheet files, to the extent possible, redactions to text or information shall be made within the native file.

(c) The unitization of a produced document and any attachments or affixed notes shall be maintained as it existed in the original file or computer of the producing party. If unitization cannot be maintained, the original unitization shall be documented in the associated load file or otherwise electronically tracked.

(d) If a party determines that it is not feasible or reasonably practical to produce a document in TIFF format, it may produce the document as a native file.

**5. Production Format by Document Type**

(a) **Email and Email Attachments:** All email messages should be produced as TIFF images (for example, MS Outlook emails should be produced as TIFF images) except as noted above in paragraphs 4 (b) and (d). The TIFF images should be created in a manner mirroring how those messages would appear if they were printed from the native email application (MS Outlook, Lotus Notes, Groupwise, etc.).

(b) **E-Docs:** All e-docs should be produced as TIFF images, except as noted above in paragraphs 4(b) and (d).

(c) If after the production of a specific document in TIFF format, the receiving party determines that it reasonably requires that specific document to be produced in native format, the parties shall meet and confer prior to Court intervention to determine if such a document will be produced in native format.

**6. Production Document Numbering**

(a) Each plaintiff and defendant will use a single production prefix unique to that entity. Production prefixes must not include any spaces or any punctuation marks. Production prefixes should be no longer than six characters. Production prefixes should end with an underscore ("_"), separating the prefix from the Bates number. Productions should contain sequential Bates numbers with no gaps. There should be no gaps in Bates numbers between productions. Should there be a gap in production, the gap will be covered the Privilege log.

(b) Each image file should be named for its beginning Bates number. For example, a page produced as ABC_000001 would be produced as a TIFF image with the name ABC_000001.TIF.

(c) Documents produced in native format should be assigned a single Bates number per file.

(d) Email, E-Docs and Scanned Hard Copy Documents should be endorsed with the production numbers in the lower right-hand corner of each page in a manner to not cover any of the original body of the document. The pages may also be endorsed in the lower left-hand corner with any special production marks such as "Confidential." The single-page TIFF files should be named with the Bates number assigned to each document.

For files being produced natively, e.g., Excel spreadsheets, the files should be renamed with their respective Bates numbers and have an accompanying TIFF image stating "document produced natively". The original filename will show up in the .DAT file or any load file that is created for production.

7. **Production Delivery Format**

(a) ESI discovery should be transmitted on electronic media of sufficient size to hold the entire production, , thumb drive, or portable hard drive. Productions may also be made via File Transfer Protocol depending on the size of the production.

(b) The media should be clearly labeled with the case name and number, the producing party, a unique identifier for the media, and a production date.

(c) All load files described in this document should be saved in a folder named "DATA".

(d) Images should be saved on the media in a folder named '"IMAGES". Image sub-folders should be used and named starting at "001", increasing incrementally while maintaining a three number padding. There should be no more than 1,000 images per sub-folder. Documents should not have pages spanning more than one sub-folder.

(e) Native files should be saved in a folder named "NATIVE".

(f) OCR/Extracted text files should be saved in a folder named "TEXT".

(g) A cover letter or email should accompany each transmission of ESI discovery providing basic information including a brief description of the contents, any applicable Bates ranges or other unique production identifiers, and any necessary passwords to access the content. Passwords should not be in the cover letter accompanying the data, but in a separate communication.

(h) The producing party should retain a copy of all transmitted ESI in the manner in which it was produced as a preserved record.

(i) The producing party should not print ESI (including TIFF images or PDF files) to paper as a substitute for production of the ESI unless agreed to by the parties.

**8. Miscellaneous**

(a) Either party can seek relief from the Court, for good cause shown, to amend this Stipulation despite any prior agreement as to the language of this Stipulation.

(b) This Stipulation may be amended and/or modified by mutual agreement of the parties.

(c) The parties agree to meet and confer in good faith regarding any disagreements that arise as a result of the implementation of this Stipulation.

(d) These terms only apply to original productions in this action. To the extent a Party is required to reproduce documents produced in or obtained from a separate action, the Party will produce the documents in the manner in which the Party received them, and the Party need not edit or otherwise alter the production to adhere to this protocol.

STIPULATED AND AGREED:

*/s/ Guyon Knight*
Guyon H. Knight
MOUND COTTON WOLLAN & GREENGRASS LLP
One New York Plaza
New York, New York 10004
(212) 804-4200
gknight@moundcotton.com

*Counsel for Plaintiffs*

*/s/ John Sefick*
John Sefick
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.
919 Third Avenue, 38th Floor
New York, New York 10022
Tel.: (212) 935-3000
jpsefick@mintz.com

*Counsel for Defendants*

SO ORDERED

Jennifer E. Willis
United States Magistrate Judge
November 12, 2026